IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JACOB THOMAS EARLS                                                                    PLAINTIFF

v.                                    No. 3:13-cv-200-DPM-BD

PARAGOULD POLICE DEPARTMENT;
TODD STOVALL, Police Chief, Paragould
Police Department; DAN STIDHAM, Judge,
Greene County; RICK MELLOW, Deputy,
Greene County Sheriff's Department; and
DOES 1-2, Dora and Ralph, Paragould
Police Department                                                                     DEFENDANTS

ORDER

It is not clear to the Court that, because of address problems, Earls ever got the Order directing him to file an amended complaint. The Court therefore directs the Clerk to send a copy of this Order and the Court's prior Order, № 4, to Earls at his new address. Earls must file an amended complaint by 24 February 2014 or his complaint will be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 January 2014