## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JACOB THOMAS EARLS**                                    **PLAINTIFF**

v.                          **No. 3:13-cv-200-DPM-BD**

**PARAGOULD POLICE DEPARTMENT;**
**TODD STOVALL, Police Chief, Paragould**
**Police Department; DAN STIDHAM, Judge,**
**Greene County; RICK MELLOW, Deputy,**
**Greene County Sheriff's Department; and**
**DOES 1-2, Dora and Ralph, Paragould**
**Police Department**                                    **DEFENDANTS**

### ORDER

This case has been troubled by mailing problems from the beginning.
The Court directs the Clerk to mail Earls copies of the following documents
at his new address:

- the docket sheet

- file-marked copies of № 1, 2, 3, 4, 7, 8, & 9.

Earls's time to file an amended complaint as directed in № 8 is extended until

14 March 2014.  If he does not do so, the Court will dismiss without prejudice.

Local Rule 5.5(c)(2).

So Ordered.

_D.P. Marshall Jr._
United States District Judge

13 February 2014