# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JACOB THOMAS EARLS　　　　　　　　　　　　　　　　　PLAINTIFF

v.　　　　　　　　　No. 3:13-cv-200-DPM-BD

PARAGOULD POLICE DEPARTMENT;
TODD STOVALL, Police Chief, Paragould
Police Department; DAN STIDHAM, Judge,
Greene County; RICK MELLOW, Deputy,
Greene County Sheriff's Department;
DOES 1-2, Dora and Ralph, Paragould
Police Department; GERALD MCCLUNG,
Sheriff, Clay County, Arkansas; and
HEATH MCCLUNG, Jailer, Clay County
Detention Center　　　　　　　　　　　　　　　　　DEFENDANTS

### ORDER

Unopposed recommendation, № 16, adopted. FED. R. CIV. P. 72(b)(3) (1983 addition to advisory committee notes). Earls's claims against the Paragould Police Department, Dan Stidham, and Rick Mellow, as well as his access-to-courts claim, are dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 April 2014