**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JACOB THOMAS EARLS, ADC #114556**                                    **PLAINTIFF**

V.                              **CASE NO. 3:13CV00200-DPM/BD**

**PARAGOULD POLICE DEPARTMENT, et al.**                                **DEFENDANTS**

**RECOMMENDED DISPOSITION**

I.  **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge D.P. Marshall Jr.  Any party may file written objections to this Recommendation.

Objections must be specific and must include the factual or legal basis for the objection.  An objection to a factual finding must identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.  A copy will be furnished to the opposing party.

If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing all of the evidence in the record.  By not objecting, you may also waive any right to appeal questions of fact.

Mail your objections to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

## II.    Discussion:

On September 9, 2013, Plaintiff Jacob Thomas Earls, then an inmate at the Clay County Detention Center, filed this lawsuit pro se and was granted leave to proceed *in forma pauperis* ("IFP"). (Docket entry #2) Mr. Earls updated his address with the Clerk of the Court on one occasion, but in May of 2014, mail from the Court addressed to Mr. Earls was returned as "undeliverable." (#28)

On June 3, 2014, Defendants moved for the Court to compel Mr. Earls to respond to their discovery requests, including completing a properly exhausted medical authorization form. (#29) The Court granted the motion and gave Mr. Earls thirty days to respond to those discovery requests. (#31) Mr. Earls was cautioned that his failure to respond to the Court order could result in the dismissal of his claims, without prejudice. To date, Mr. Earls has not provided the requested information; nor has he requested an extension of time.

Now pending is the Defendants' motion to dismiss Mr. Earls's claims, without prejudice, for failure to prosecute this action. (#32) Mr. Earls has not responded to the motion, and the time for responding has passed.

## III.   Conclusion:

The Court recommends that Defendants' motion to dismiss (#32) be GRANTED, and that Mr. Earls's claims be DISMISSED, without prejudice, for failure to prosecute this action.

DATED this 12th day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE