# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JACOB THOMAS EARLS                                                                              PLAINTIFF

v.                                   No. 3:13-cv-200-DPM-BD

TODD STOVALL, Police Chief, Paragould
Police Department; DOES 1-2, Dora and Ralph,
Paragould Police Department; GERALD
MCCLUNG, Sheriff, Clay County Arkansas;
and HEATH MCCLUNG, Jailer, Clay County
Detention Center                                                                              DEFENDANTS

## ORDER

Unopposed recommendation, № 34, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion to dismiss, № 32, granted. Motion to compel, № 35, denied as moot. All of Earls's claims are dismissed without prejudice for failure to prosecute. Local Rule 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 October 2014

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JACOB THOMAS EARLS                                                  PLAINTIFF

v.                    No. 3:13-cv-200-DPM

PARAGOULD POLICE DEPARTMENT;
TODD STOVALL, Police Chief, Paragould
Police Department; DAN STIDHAM, Judge,
Greene County; RICK MELLOW, Deputy,
Greene County Sheriff's Department;
DOES 1-2, Dora and Ralph, Paragould Police
Department; GERALD MCCLUNG, Sheriff,
Clay County Arkansas; and HEATH MCCLUNG,
Jailer, Clay County Detention Center                DEFENDANTS

## JUDGMENT

Earls's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_1 October 2014_