IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JACOB THOMAS EARLS                                                               PLAINTIFF

v.                                       No. 3:13-cv-200-DPM

PARAGOULD POLICE DEPARTMENT;
TODD STOVALL, Police Chief, Paragould
Police Department; DAN STIDHAM, Judge,
Greene County; RICK MELLOW, Deputy,
Greene County Sheriff's Department;
DOES 1-2, Dora and Ralph, Paragould Police
Department; GERALD MCCLUNG, Sheriff,
Clay County Arkansas; and HEATH MCCLUNG,
Jailer, Clay County Detention Center                                           DEFENDANTS

JUDGMENT

Earls's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_1 October 2014_